Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
04/25/2025
CT Log Number 548979045

## Service of Process Transmittal Summary

**TO:**   Non Employee Litigation Target, Cathy Schuda
Target Corporation
1000 NICOLLET MALL, MS: TPS-3155
MINNEAPOLIS, MN 55403-2542

**RE:**   **Process Served in Florida**

**FOR:**   Target Corporation  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: HEIDI BROOKE OWENS-GOLFIN // To: Target Corporation |
| **CASE #:** | CACE25005786 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Plantation, FL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/25/2025 at 12:17 |
| **JURISDICTION SERVED:** | Florida |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/25/2025, Expected Purge Date: 04/30/2025 |
| | Image SOP |
| | Email Notification,  Non Employee Litigation Target, Cathy Schuda  gl.legal@target.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System 1200 South Pine Island Road Plantation, FL 33324 8775647529 MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Exhibit "A"

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Fri, Apr 25, 2025
**Server Name:**                   Joseph Marker

| Entity Served | TARGET CORPORATION |
|---|---|
| Case Number | CACE-25-005786 |
| Jurisdiction | FL |

| Inserts | | |
|---|---|---|
| | | |



Filing # 221570840 E-Filed 04/22/2025 05:21:50 PM

| | |
|---|---|
| HEIDI BROOKE OWENS-GOLFIN,<br><br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendants.<br>_____/ | IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA<br><br>CIRCUIT CIVIL DIVISION<br><br>CASE NO:  CACE-25-005786 |

**THE STATE OF FLORIDA:**
**To Each Sheriff of Said State:**

      **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Notice of Serving Interrogatories, and Plaintiff's Request Produce to Defendant:

TARGET CORPORATION
C/O CORPORATION SYSTEM as R/A
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

**Each Defendant is required to serve written defenses to the Complaint to Plaintiff's Attorneys:**

**PETER BRITO, ESQ.**
**JIMENEZ MAZZITELLI MORDES**
9350 S. Dixie Hwy, PH 5
Miami, FL 33156
Telephone: (305) 548-8750
Email: service@jmmlawfirm.com

within twenty (20) days after service of this Summons upon that Defendant, exclusive of the day or service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and the seal of the Court on _____          APR 23 2025          .

By: _____
DEPUTY CLERK

(COURT SEAL)

**BRENDA D. FORMAN**

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 04/22/2025 05:21:48 PM.****

Filing # 221446247 E-Filed 04/21/2025 03:18:52 PM

HEIDI BROOKE OWENS-GOLFIN,

        Plaintiff,

v.

TARGET CORPORATION,

        Defendants.

_____/

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO:

## COMPLAINT FOR DAMAGES

Plaintiff, HEIDI BROOKE OWENS-GOLFIN, by and through undersigned counsel, files this lawsuit against Defendants, TARGET CORPORATION, and alleges as follows:

### JURISDICTION, VENUE, PARTIES, AND GENERAL ALLEGATIONS

1. This is an action for damages in excess of Fifty Thousand dollars ($50,000.00), exclusive of costs and interest.

2. At all times material hereto, Plaintiff, HEIDI BROOKE OWENS-GOLFIN, was and is a resident of Miami-Dade County, Florida, and *sui juris*.

3. The Defendant, TARGET CORPORATION, is a Foreign Corporation authorized to do business and doing business in the State of Florida.

4. Venue is proper in this circuit, because the subject incident that gives rise to the instant matter occurred in Broward County, Florida.

5. On June 30, 2024, the Defendant, TARGET CORPORATION, owned, operated, managed, and/or maintained, or had a duty to own, operate, manage and/or maintain, both individually and by and/or through its agents, servants and/or employees, a certain premises located at 9600 Westview Drive, Coral Springs, Florida 33076 (the "Premises").

6. On June 30, 2024, the Plaintiff, HEIDI BROOKE OWENS-GOLFIN, was lawfully on the Premises.

7. On June 30, 2024, Plaintiff, HEIDI BROOKE OWENS-GOLFIN, was an invitee at the Premises when he sustained an injury when he slipped and fell violently causing severe and permanent injuries.

8. As a result of Defendants' failure to maintain the Premises and/or warn of the dangerous conditions, Plaintiff, HEIDI BROOKE OWENS-GOLFIN, suffered serious injuries.

**COUNT I**
**NEGLIGENCE CLAIM AGAINST DEFENDANT, TARGET CORPORATION**

Plaintiff, HEIDI BROOKE OWENS-GOLFIN, re-alleges and re-adopts paragraphs one (1) through eight (8) as though fully set forth herein and alternatively and/or concurrently states:

9. The dangerous condition was known to the agents and/or employees of Defendant, TARGET CORPORATION, and/or existed for sufficient length of time so that Defendant, TARGET CORPORATION, should have known of the aforementioned condition.

10. At all times material, Defendant, TARGET CORPORATION, owed a duty to its invitees, including Plaintiff, HEIDI BROOKE OWENS-GOLFIN, to exercise reasonable and ordinary care to keep and maintain or operate the property in a reasonably safe condition and to warn Plaintiff, HEIDI BROOKE OWENS-GOLFIN, of an unsafe condition upon the Premises, which the Defendant, TARGET CORPORATION, knew, or in the exercise of reasonable and ordinary care should have known, of its existence.

11. At all times material, Defendant, TARGET CORPORATION, had actual and/or constructive knowledge that a dangerous condition existed on the Premises.

12. Defendant, TARGET CORPORATION, through its agents and/or employees acting within the course and scope of their employment, were negligent in one or more of the following ways, but not limited thereto:

    a.    in failing to provide proper maintenance and care of its premises;

-2-
JIMENEZ MAZZITELLI MORDES
9350 S. DIXIE HWY, PH5, MIAMI, FL 33156 · TELEPHONE: (305) 548-8750

b.    creating a dangerous condition and/or failing to remedy a dangerous condition that was reasonably known by Defendant, TARGET CORPORATION., or which in the exercise of reasonable care should have been known by Defendant, TARGET CORPORATION;

c.    failing to warn the Plaintiff, HEIDI BROOKE OWENS-GOLFIN, and/or similarly situated persons that a dangerous condition existed;

d.    failing to employ competent and experienced skilled employees;

e.    failing to properly train and/or supervise said agents and/or employees in keeping and/or maintaining the floor of the property, in a reasonably safe condition;

f.    failing to warn Plaintiff, HEIDI BROOKE OWENS-GOLFIN, about known dangers, about a known dangerous condition on the floor by posting signs and/or other forms of notice;

g.    failing to otherwise comply with the applicable laws and regulations of the State of Florida and the applicable Federal laws and regulations;

h.    failing to otherwise comply with applicable industry standards; and,

i.    other acts and omissions not yet known.

13.    As a direct and proximate result of the Defendant's, TARGET CORPORATION, negligence, Plaintiff, HEIDI BROOKE OWENS-GOLFIN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. These losses are either permanent or continuing in nature, and, Plaintiff, HEIDI BROOKE OWENS-GOLFIN, will suffer these losses in the future.

WHEREFORE, Plaintiff, HEIDI BROOKE OWENS-GOLFIN, demands judgment for damages against Defendant, TARGET CORPORATION, in excess of this Court's minimal jurisdictional limits, interest and costs as allowed by law, and demands trial by jury of all issues so triable.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial on all issues triable as of right by a jury.

DATED this 21st day of April 2025.

Respectfully submitted,

JIMENEZ MAZZITELLI MORDES
*Counsel for Plaintiff*
9350 S. Dixie Highway
PH 5
Miami, FL 33156
Telephone: (305) 548-8750
Fax: (786) 800-3890

/s/ Peter Brito
PETER BRITO (FBN: 1033238)
peter@jmmlawfirm.com
BENJAMIN MORDES (FBN: 75370)
benjamin@jmmlawfirm.com